HIGHLAND AL HUJAZ CO., LTD., Appellant

v.

Robert M. SPEER, Acting Secretary of the Army, Appellee

2016-2090

United States Court of Appeals, Federal Circuit.

August 21, 2017

HERMAN MARTIN BRAUDE, The Braude Law Group, PC, Washington, DC, argued for appellant.

STEVEN J. GILLINGHAM, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by STEVEN MICHAEL MAGER, CHAD A. READLER, ROBERT E. KIRSCHMAN, JR.; DANIEL B. McCONNELL, United States Army Corp of Engineers, Winchester, VA.

(Newman, Lourie, and Hughes, Circuit Judges).

**JUDGMENT**

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**